IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT KELLY McDANIEL                                                                    PLAINTIFFS
SCOTTY E. STEWART
MICHAEL WHITE

V.                                          NO. 3:05CV00092 JMM

DICK BUSBY, et al                                                                        DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date and pursuant to the order entered July 28, 2005 (docket entry #7), judgment is hereby entered dismissing this complaint in its entirety, without prejudice.

IT IS SO ORDERED this 15th day of December, 2005.


_____
UNITED STATES DISTRICT JUDGE